FILED 2026 JUL 15 AM11:01
Clerk of the US Bankruptcy Court NH

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEW HAMPSHIRE

In re: **CATHERINE ELIZABETH BROWN**, Debtor

**Case No. 19-10296-BAH** (Reopened)

Chapter 12

**CATHERINE ELIZABETH BROWN**,

Plaintiff,

v.

**CORNERSTONE CAPITAL STRATEGIES, LLC; ADAMS EQUITY PARTNERS, LLC**

(f/k/a Adams Investments, LLC); **THE ESTATE OF SCOTT B. ADAMS; Eli B. Adams**,

Individually (as Managing Member of Adams Equity Partners, LLC); and **Louis Bachetti**,

Individually (as Managing Member of Cornerstone Capital Strategies, LLC),

Defendants.

**Adversary Proceeding No.: TBD**

## MOTION FOR ECF ELECTRONIC FILING

Pro se Defendant Catherine Brown respectfully requests that this honorable Court, in the interest of equity and justice grant electronic filing (ECF) privileges.

1

Defendant lives three hours from the Courthouse; United States Postal delivery can take up to three days, which would render Defendant prejudiced by lack of ability to respond timely in this matter without ECF filing ability.

Date: July 10, 2026                    Respectfully Submitted,

Catherine Brown
114 Lake Umbagog
P.O. Box 253
Errol, NH 03579
(603) 828-4860
greatnorthwoodsfarm@gmail.com

## Certificate of Service

I hereby certify that on this day of July 10, 2026, a copy of the above motion was served on Plaintiffs' counsel Eleanor Wm. Dahar and Carolyn Cole via First Class United States Postal Mail.

Catherine Brown

2