# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW HAMPSHIRE

In re:                                              Bk. No. 19-10296-KB
                                                    Chapter 12

Catherine Elizabeth Brown,
        Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the Notice of Deficiency, Doc. No. 193, on the person listed below by causing it to be mailed by first-class United States Mail, postage prepaid.

Catherine Elizabeth Brown
P.O. Box 253
Errol, NH 03579

For the Court
Kristie Trimarco, Clerk of Court

Date:   July 16, 2026             By: /s/James Lavalley
                                  Deputy Clerk