United States Bankruptcy Court

District of New Hampshire

In re:                                                                          Case No. 19-10296-KB

Catherine Elizabeth Brown                                                       Chapter 12

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0102-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 16, 2026 | Form ID: 291 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2026:**

**Recip ID          Recipient Name and Address**
db          + Catherine Elizabeth Brown, P.O. Box 253, Errol, NH 03579-0253

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2026 at the address(es) listed below:**

**Name                          Email Address**

Christopher J. Somma
     on behalf of Creditor Eastern Bank Christopher@sommalawpllc.com

Eleanor Wm Dahar
     on behalf of Creditor Cornerstone Capital Strategies  LLC edahar@att.net

Eleanor Wm Dahar
     on behalf of Creditor Adams Investments  LLC edahar@att.net

Eleanor Wm Dahar
     on behalf of Defendant Adams Investments  LLC edahar@att.net

Eleanor Wm Dahar
     on behalf of Defendant Scott Adams edahar@att.net

Eleanor Wm Dahar
     on behalf of Defendant Cornerstone Capital Strategies  LLC edahar@att.net

District/off: 0102-1                         User: admin                                  Page 2 of 2

Date Rcvd: Jul 16, 2026                      Form ID: 291                                 Total Noticed: 1

John H. McCann
                    on behalf of Defendant Cornerstone Capital Strategies  LLC jhmccannlaw@gmail.com

John H. McCann
                    on behalf of Defendant Adams Investments  LLC jhmccannlaw@gmail.com

John H. McCann
                    on behalf of Defendant Scott Adams jhmccannlaw@gmail.com

Kathleen McKenzie
                    on behalf of Debtor Catherine Elizabeth Brown kate@nhbankruptcy.com
                    kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Kathleen McKenzie
                    on behalf of Plaintiff Catherine Elizabeth Brown kate@nhbankruptcy.com
                    kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Lawrence P. Sumski
                    SumskiCh13@gmail.com

Matthew J. Delude
                    on behalf of Creditor Berkshire Bank mdelude@bernsteinshur.com
                    tfincham@bernsteinshur.com;mkontos@bernsteinshur.com;kflynn@bernsteinshur.com;sbaker@bernsteinshur.com

Michael P. Robinson
                    on behalf of Defendant Scott Adams mrobinson@shslawfirm.com

Michael P. Robinson
                    on behalf of Defendant Adams Investments  LLC mrobinson@shslawfirm.com

Michael P. Robinson
                    on behalf of Defendant Cornerstone Capital Strategies  LLC mrobinson@shslawfirm.com

Nicholas A. Kanakis
                    on behalf of Creditor Errol Self Storage  LLC nkanakis@hamker.com

Office of the U.S. Trustee
                    USTPRegion01.MR.ECF@usdoj.gov


TOTAL: 18

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re:

Catherine Elizabeth Brown
    Debtor.

Case No. 19–10296–KB
Chapter 12

---

## NOTICE OF DEFICIENT FILING

Local Bankruptcy Rule 9013–1(f) requires certain Local Bankruptcy Forms be included when a party files a request for entry of an order by the court. On July 15, 2026, Debtor Catherine Elizabeth Brown filed a Motion to Reopen Chapter 12 Case, Motion for ECF Electronic Filing, and Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 189, 190, and 191) without the required forms.

Debtor Catherine Elizabeth Brown must file a Notice of Hearing and Proposed Order on or before **July 30, 2026, using the version of the Local Bankruptcy Form that went into effect on February 1, 2026.** Failure to do so may result in the filing being dismissed without prejudice.

Local Bankruptcy Rules and Forms are available on this Court's website at www.nhb.uscourts.gov.

Date: July 16, 2026

Kristie Trimarco
Clerk of Court
By: /s/ K.LeLievre
Deputy Clerk

Form 9013ntcproseform – 291