UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re:    Catherine Elizabeth Brown,                    Case No. 19-10296-KB
                            Debtor                                  Chapter 12

### CERTIFICATE OF SERVICE

I certify that on the date below I served copies of the foregoing filings(s) entitled 1) Exhibit 3 – Brown's Emergency Petition for Writ of Prohibition – NH Supreme Court; 2) Exhibit 4 – Brown's Emergency Motion for Stay – NH Supreme Court; 3) Exhibit 5 – Brown's Notice of Pending Petition for Writ of Prohibition and Reservation of Rights – Superior Court; 4) Exhibit 6 – Brown's Emergency Motion for Stay – US District Court; 5) Exhibit 7 – Brown's Emergency Motion to Stay Enforcement of State Court Judgment – US District Court; 6) Exhibit 8 – Brown's Notice of Appeal – First Circuit to the Objection to Motion to Reopen (Doc #200) filed by Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC to all parties named below by United States first class postage prepaid mail at the address(es) listed or in such other manner as indicated:[1]

**Via ECF Electronic Mail**:

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov

**Via First Class U.S. Mail:**

Catherine Elizabeth Brown,                    Debtor, Pro Se
PO Box 253
114 Lake Umbagog
Errol, NH  03579

Carolyn K. Cole, Esq.,                         Counsel for Adams Investments, LLC &
Cole Myers PLLC                                 Cornerstone Capital Strategies, LLC
18 Bank Street
Lebanon, NH 03766

Sheriff Keith L. Roberge
Coos County Sheriff's Office
55 School Street, Suite 102
Lancaster, NH 03584

LBF 7103-1 (Eff. 02/01/2026)

I, Eleanor Wm. Dahar, certify that I am eighteen (18) years of age or older, and under penalty of perjury, that the foregoing is true and correct.

Respectfully submitted,
Adams Equity Partners, LLC and
Cornerstone Capital Strategies, LLC
**VICTOR W. DAHAR, P.A.**

Dated:  July 31, 2026

By:/s/Eleanor Wm. Dahar
Eleanor Wm. Dahar, Esq.
20 Merrimack Street
Manchester, NH   03101
(603)   622-6595
BNH 01784

[1] List the name(s) and address(es) of all parties to whom you sent the pleading(s).  If service was other than by first class postage prepaid mail, clearly indicate the manner of service to each person or party (for example, via CM/ECF, Certified Mail, Returned Receipt Requested, etc.).

LBF 7103-1 (Eff. 02/01/2026)