**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **IN RE: CATHERINE ELIZABETH BROWN** | ) |
| **Debtor.** | ) **Case No. 19-10296-BAH Ch. 12** |
| | ) |
| | ) |
| | ) |
| | ) |

**NOTICE OF ATTORNEY WITHDRAWAL**

PLEASE TAKE NOTICE that the undersigned attorney, Matthew J. Delude, hereby withdraws as counsel for Creditor Berkshire Bank, n/k/a Beacon Bank ("Berkshire Bank") and withdraws his request for copies of notices and other papers filed in this case. Undersigned counsel has changed law firms and will not be re-appearing in this case as counsel of record under his new contact information with Bernstein Shur. The undersigned represents that a copy of this Notice of Attorney Withdrawal has been served upon Berkshire Bank, a pretrial scheduling order has not been entered in any adversary proceeding or contested matter involving Berkshire Bank, and no trial date on any such adversary proceeding or contested matter has been set.

Respectfully submitted,

BERKSHIRE BANK, N/K/A BEACON BANK,

By its attorneys,

BERNSTEIN, SHUR, SAWYER & NELSON, PA

Dated: August 3, 2026        By:    /s/ Matthew J. Delude, Esq.
                                     Matthew J. Delude, Esq. (USBC NH Bar No. 07374)
                                     Bernstein, Shur, Sawyer & Nelson, PA
                                     670 North Commercial Street, Suite 108
                                     PO Box 1120
                                     Manchester, NH 03105-1120
                                     (603) 665-8851
                                     mdelude@bernsteinshur.com

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing has this day been forwarded via the Court's Electronic Case Filing System to:

Kathleen E. McKenzie, Esq.
info@nhbankruptcy.com

Office of the U.S. Trustee
USTPRegion.01.MR.ECF@usdoj.gov

Joseph Dolben, Esq.
nhbk@harmonlaw.com

David E. Buckley, Esq.
dbuckley@buckleylawoffices.com

Zachary Towle
Zachary.towle@doj.nh.gov

Dated: August 3, 2026          By:   */s/ Matthew J. Delude, Esq.*
                                     Matthew J. Delude, Esq. (USBC NH Bar

2