**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                          Case No. 19-10296-KB
                                                                Chapter 12
Catherine Elizabeth Brown,

      Debtor.

**ORDER**

Catherine Elizabeth Brown (the "**Debtor**") has filed a Motion to Continue both her Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (the "**TRO Motion**") (ECF No. 191) and her Motion to Reopen Chapter 12 Case (the "**Motion to Reopen**") (ECF No. 189) from August 7, 2026 to any other hearing date in August. The TRO Motion seeks to enjoin a Sherrif's sale of real property located at 114 Lake Umbagog, Errol, NH and the Motion to Reopen seeks to reopen the case to litigate an alleged violation of the automatic stay. Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC has filed an objection to each of the Debtor's respective motions opposing the Debtor's requested relief.

In light of the Motion to Continue and given that a hearing is unlikely to aid the Court in adjudication of this matter, the Court will cancel the hearing on the TRO Motion at ECF No. 191 and the Motion to Reopen at ECF No. 189 scheduled for August 7, 2026 and will take this matter under advisement.

Date:   August 3, 2026                          /s/ Kimberly Bacher
                                                Kimberly Bacher
                                                Chief Bankruptcy Judge