United States Bankruptcy Court

District of New Hampshire

| | |
|---|---|
| In re: | Case No. 19-10296-KB |
| Catherine Elizabeth Brown | Chapter 12 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 03, 2026 | Form ID: pdf970 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Catherine Elizabeth Brown, P.O. Box 253, Errol, NH 03579-0253 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Somma | on behalf of Creditor Eastern Bank Christopher@sommalawpllc.com |
| Eleanor Wm Dahar | on behalf of Defendant Adams Investments  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Creditor Adams Equity Partners  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Defendant Scott Adams edahar@att.net |
| Eleanor Wm Dahar | on behalf of Defendant Cornerstone Capital Strategies  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Creditor Cornerstone Capital Strategies  LLC edahar@att.net |

| District/off: 0102-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 03, 2026 | Form ID: pdf970 | Total Noticed: 1 |

Eleanor Wm Dahar
on behalf of Creditor Adams Investments  LLC edahar@att.net

John H. McCann
on behalf of Defendant Cornerstone Capital Strategies  LLC jhmccannlaw@gmail.com

John H. McCann
on behalf of Defendant Adams Investments  LLC jhmccannlaw@gmail.com

John H. McCann
on behalf of Defendant Scott Adams jhmccannlaw@gmail.com

Kathleen McKenzie
on behalf of Debtor Catherine Elizabeth Brown kate@nhbankruptcy.com
kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Kathleen McKenzie
on behalf of Plaintiff Catherine Elizabeth Brown kate@nhbankruptcy.com
kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Lawrence P. Sumski
SumskiCh13@gmail.com

Matthew J. Delude
on behalf of Creditor Berkshire Bank mdelude@bernsteinshur.com
tfincham@bernsteinshur.com;mkontos@bernsteinshur.com;kflynn@bernsteinshur.com;sbaker@bernsteinshur.com

Nicholas A. Kanakis
on behalf of Creditor Errol Self Storage  LLC nkanakis@hamker.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov


TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:

Catherine Elizabeth Brown,

      Debtor.

Case No. 19-10296-KB
Chapter 12

### ORDER

Catherine Elizabeth Brown (the "**Debtor**") has filed a Motion for ECF Privileges (the

"**Motion**") (ECF No. 190). In the Motion the Debtor requests that the Debtor, *pro se*, be granted

filing privileges in the Court's ECF Docket. The Court will deny the Debtor's Motion as not

being authorized under LBR 5005-4.


Date:   August 3, 2026

/s/ Kimberly Bacher
Kimberly Bacher
Chief Bankruptcy Judge