United States Bankruptcy Court

District of New Hampshire

In re:                                                                                    Case No. 19-10296-KB

Catherine Elizabeth Brown                                                 Chapter 12

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1                          User: admin                          Page 1 of 2

Date Rcvd: Aug 03, 2026                  Form ID: pdf972                  Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

**Recip ID**      **Recipient Name and Address**

db       + Catherine Elizabeth Brown, P.O. Box 253, Errol, NH 03579-0253

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                          Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher J. Somma | on behalf of Creditor Eastern Bank Christopher@sommalawpllc.com |
| Eleanor Wm Dahar | on behalf of Defendant Adams Investments  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Creditor Adams Equity Partners  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Defendant Scott Adams edahar@att.net |
| Eleanor Wm Dahar | on behalf of Defendant Cornerstone Capital Strategies  LLC edahar@att.net |
| Eleanor Wm Dahar | on behalf of Creditor Cornerstone Capital Strategies  LLC edahar@att.net |

District/off: 0102-1 | User: admin | Page 2 of 2
Date Rcvd: Aug 03, 2026 | Form ID: pdf972 | Total Noticed: 1

Eleanor Wm Dahar
on behalf of Creditor Adams Investments  LLC edahar@att.net

John H. McCann
on behalf of Defendant Cornerstone Capital Strategies  LLC jhmccannlaw@gmail.com

John H. McCann
on behalf of Defendant Adams Investments  LLC jhmccannlaw@gmail.com

John H. McCann
on behalf of Defendant Scott Adams jhmccannlaw@gmail.com

Kathleen McKenzie
on behalf of Debtor Catherine Elizabeth Brown kate@nhbankruptcy.com
kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Kathleen McKenzie
on behalf of Plaintiff Catherine Elizabeth Brown kate@nhbankruptcy.com
kate@nhbankruptcy.com;sally@nhbankruptcy.com;raymondjdilucci@gmail.com

Lawrence P. Sumski
SumskiCh13@gmail.com

Matthew J. Delude
on behalf of Creditor Berkshire Bank mdelude@bernsteinshur.com
tfincham@bernsteinshur.com;mkontos@bernsteinshur.com;kflynn@bernsteinshur.com;sbaker@bernsteinshur.com

Nicholas A. Kanakis
on behalf of Creditor Errol Self Storage  LLC nkanakis@hamker.com

Office of the U.S. Trustee
USTPRegion01.MR.ECF@usdoj.gov


TOTAL: 16

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

In re:                                                    Case No. 19-10296-KB
                                                          Chapter 12

Catherine Elizabeth Brown,

       Debtor.

### <u>ORDER</u>

Catherine Elizabeth Brown (the "**Debtor**") has filed a Motion to Continue both her Emergency Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction (the "**TRO Motion**") (ECF No. 191) and her Motion to Reopen Chapter 12 Case (the "**Motion to Reopen**") (ECF No. 189) from August 7, 2026 to any other hearing date in August. The TRO Motion seeks to enjoin a Sherrif's sale of real property located at 114 Lake Umbagog, Errol, NH and the Motion to Reopen seeks to reopen the case to litigate an alleged violation of the automatic stay. Adams Equity Partners, LLC and Cornerstone Capital Strategies, LLC has filed an objection to each of the Debtor's respective motions opposing the Debtor's requested relief.

In light of the Motion to Continue and given that a hearing is unlikely to aid the Court in adjudication of this matter, the Court will cancel the hearing on the TRO Motion at ECF No. 191 and the Motion to Reopen at ECF No. 189 scheduled for August 7, 2026 and will take this matter under advisement.

Date:   August 3, 2026              <u>/s/ Kimberly Bacher</u>
                                       Kimberly Bacher
                                       Chief Bankruptcy Judge