**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| In re:<br><br>Catherine Elizabeth Brown,<br><br>               Debtor. | Case No. 19-10296-KB<br>Chapter 12 |

**ORDER**

Catherine Elizabeth Brown, filed with the Court an Ex Parte Motion for Leave to File a Supplemental Memorandum in Support of the Pending Motions (the "**Motion**") (ECF No. 219). The Court will consider the contents of the Motion to the extent that the Debtor's Motion is part of the Court's record.


DATED: _____ August 12, 2026 _____      /s/ Kimberly Bacher _____
                                            Kimberly Bacher
                                            Chief Bankruptcy Judge